GERAGOS & GERAGOS
LAWYERS
39TH FLOOR
350 S. GRAND AVENUE
LOS ANGELES, CA 90071-3480
TEL: (213) 625-3900
FAX: (213) 625-1600

MATTHEW J. GERAGOS    SBN 153390
SHELLEY KAUFMAN       SBN 100696
Attorneys for Plaintiffs HAROUT M. SASSOUNIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT M. SASSOUNIAN;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ARCADIA; BRUCE A. SMITH; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 01-CV02447 RMT (CWx)<br><br>STIPULATION RE DISMISSAL OF CERTAIN CAUSES OF ACTION AND REMAND OF STATE CLAIMS |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL HEREIN:

1. That the First Cause of Action, for Violation of Civil Rights, (42 USC §1983), the Second Cause of Action for Violation of Civil Rights (Monell) and the Fifth Cause of Action for Violation of Civil Rights (Unruh Act) are dismissed with prejudice.

2. The parties waive any right to seek attorney fees arising out of the civil rights claims.

3. The remaining causes of action for battery and negligence shall be

1



remanded to State court.

Dated: April 1, 2003             GERAGOS & GERAGOS

By: /s/ Shelley Kaufman
    SHELLEY KAUFMAN
    Attorneys for Plaintiff

Dated: April 1, 2003             CARPENTER, ROTHANS & DUMONT

By: _____
    STEVEN J. ROTHANS
    Attorneys for Defendants

## ORDER

It is hereby ordered that pursuant to the Stipulation of the parties, the First Cause of Action, for Violation of Civil Rights, (42 USC §1983), the Second Cause of Action for Violation of Civil Rights (Monell) and the Fifth Cause of Action for Violation of Civil Rights (Unruh Act) are dismissed with prejudice; the parties waive any right to claim attorney fees arising out of the civil rights causes of action; the remaining causes of action for battery and negligence are remanded to State court.

Dated: _____          _____
                                        U.S. DISTRICT COURT JUDGE

remanded to State court.

Dated: April 1, 2003                    GERAGOS & GERAGOS

                                        By: _____
                                            SHELLEY KAUFMAN
                                            Attorneys for Plaintiff

Dated: April 3, 2003                    CARPENTER, ROTHANS & DUMONT

                                        By: _____
                                            STEVEN J. ROTHANS
                                            Attorneys for Defendants

## ORDER

It is hereby ordered that pursuant to the Stipulation of the parties, the First Cause of Action, for Violation of Civil Rights, (42 USC §1983), the Second Cause of Action for Violation of Civil Rights (Monell) and the Fifth Cause of Action for Violation of Civil Rights (Unruh Act) are dismissed with prejudice; the parties waive any right to claim attorney fees arising out of the civil rights causes of action; the remaining causes of action for battery and negligence are remanded to State court.

Dated: 4/9/03                           _____
                                        U.S. DISTRICT COURT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA )  ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 350 South Grand Avenue, 39th Floor, Los Angeles, CA 90071.

On the execution date below, I served the foregoing document described as:

**STIPULATION RE DISMISSAL OF CERTAIN CAUSES OF ACTION AND REMAND OF STATE CLAIMS**

on all interested parties through their respective attorneys of record in this action:

**Steven J. Rothans, Esq.**　　　　　　　**Tel: (213) 228-0400**
**CARPENTER, ROTHANS & DUMONT**
**888 South Figueroa Street, Suite 1960**　　**Fax:(213) 228-0401**
**Los Angeles, CA 90017**

## METHOD OF SERVICE

☐ BY FACSIMILE TRANSMISSION) Before mailing, I caused the above-described documented to be transmitted via electronic facsimile.

☒ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above addressee(s).

I declare under penalty of perjury that the above is true and correct.

Executed on __**APRIL 3, 2003**__, at Los Angeles, California 90071.

Mary J. Hakopian